ACME HARVESTING MACHINE COMPANY, Appellant, v.
BROWN, Respondent.

(144 N. W. 919.)

(Opinion filed January 12, 1914.)

Appeal from Circuit Court, Beadle County. Hon. ALVA E. TAYLOR, Judge.

On rehearing. Former decision modified, and a new trial ordered.

For former opinion, see 32 S. D. 358, 143 N. W. 128.

*Preston, Wagner & Tym,* for Appellant.

*Null & Royhl,* for Respondent.

PER CURIAM. This case, published in 143 N. W. at page 128, is before the court on petition for rehearing. The petition for rehearing is based entirely upon the last clause of the published opinion which directs the trial court to enter judgment against the respondent "for the amount sued for and for costs."

The relief asked for does not necessitate a rehearing; but, on consideration by the court, with POLLEY, J., adhering to his former opinion, the decision will be so modified as to allow a new trial of the case, and a new trial is ordered accordingly.